UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 14-1172
_____

UNITED STATES OF AMERICA

v.

BRENT JENKINS,
                    Appellant
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Crim. No. 4-10-cr-00319-008)

_____

Present: RENDELL, FISHER and GREENAWAY, JR., <u>Circuit</u> <u>Judges</u>

_____ORDER_____

It has come to the Court's attention that the opinion filed on June 30, 2014 at times identified appellant incorrectly. Accordingly, the opinion is hereby vacated and an amended opinion shall be issued. The filing of the judgment in this case is not impacted by the amendment of the opinion and shall not be altered.


                                        By the Court,


                                        s/Joseph A. Greenaway, Jr.
                                        Circuit Judge


Dated:        July 17, 2014
tyw/cc:       Brent Jenkins
              George J. Rocktashel, Esq.